Filed 3/17/25  P. v. Godwin CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOSHUA A. GODWIN,<br><br>    Defendant and Appellant. | 2d Crim. No. B337165<br>(Super. Ct. No. 2023018659)<br>(Ventura County) |

Joshua A. Godwin appeals from a judgment following a guilty plea to receiving stolen property (Pen. Code, § 496, subd. (a).)  Law enforcement found appellant with a stolen e-bike. Pursuant to the parties' negotiated disposition, the court sentenced appellant to 16 months in jail.

We appointed counsel to represent appellant.  Counsel examined the record and filed an opening brief requesting the court review this case independently under *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  On October 23, 2024, we sent a letter to the address on file for appellant advising he had 30 days

to submit any grounds for appeal, contentions, or arguments he wished us to consider. We have received no such submission from appellant. Our letter to him was returned to sender. His counsel has declared: "I have not had any contact with appellant, inasmuch as mail sent by me to the address we and the court have for him, was returned as undeliverable."

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists. (*Wende*, *supra*, 25 Cal.3d at p. 443.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

CODY, J.

We concur:

GILBERT, P. J.

BALTODANO, J.

2

David Hirsch, Judge
Superior Court County of Ventura
_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.